

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MARIA CYNTHIA BUSTAMANTE, | § | No. 08-18-00037-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140C06099) |
| | § | |

# O R D E R

The reporter's record was due to be filed on October 8, 2018, the Court having granted a second extension until such date. As of this date, the reporter's record has not been filed.

Therefore, it is ORDERED that the trial court conduct a hearing to determine why the reporter's record has not been filed, and to make appropriate findings and recommendations. The trial court shall forward its findings to the County Clerk of El Paso County, Texas, on or before November 6, 2018. The County Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before November 16, 2018. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before November 16, 2018.

IT IS SO ORDERED this 17th day of October, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.